# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICE OF THE CLERK
James R. Starr
Clerk of Court

Telephone
603-225-1423

November 7, 2008

Strafford County House of Corrections
266 County Farm Rd.
Dover, NH 08320
Attn: Daniel Riley (Inmate)

Re: United States v. Riley, 07-cr-189-01-GZS

Dear Mr. Riley:

I am writing in response to two document you recently filed in the above-captioned case entitled "Petition for All Transcripts by Restricted Appearance Ex Parte" and "Notice of Appeal of Final Judgment by Restricted Appearance."

Please note that Attorney Sven D. Wiberg has already filed a Notice of Appeal on your behalf. Additionally, as Attorney Wiberg is presently representing you in this matter, you are not proceeding pro se and you should consult with Attorney Wiberg regarding any pleadings or documents that should be filed with the court.

Sincerely,

Daniel J. Lynch
Chief Deputy Clerk

DJL/