```
                                          U.S. DISTRICT COURT
                                           DISTRICT OF N.H.
                                               FILED
 1           UNITED STATES DISTRICT COURT
                                          2009 FEB 24  A 9:32
 2                DISTRICT OF MAINE

 3    _____

 4    UNITED STATES OF AMERICA,       CRIMINAL ACTION

 5            Plaintiff         Docket No:  07-189-003

 6

 7         -versus-

 8

 9    CIRINO GONZALEZ,

10            Defendant

11    _____

            Transcript of Proceedings
12

13    Pursuant to notice, the above-entitled matter came on
      for PRESENTENCE CONFERENCE held before THE HONORABLE
14    GEORGE Z. SINGAL, United States District Court Judge,
      in the United States District Court, Edward T. Gignoux
15    Courthouse, 156 Federal Street, Portland, Maine on the
      19th day of September, 2008 at 1:00 PM as follows:
16

17    Appearances:

18    For the Government: Terry Ollila, Esquire
                          Assistant United States Attorney
19
      For the Defendant:  David H. Bownes, Esquire
20

21

22

23          Dennis R. Ford, RMR
            Official Court Reporter
24
      (Prepared from manual stenography and
25       computer aided transcription)
```

## Page 2

1  (CHAMBERS CONFERENCE)
2  THE COURT: We are here on criminal docket
3  07-189-GZS, District of New Hampshire case, that's a
4  criminal docket number. We are here for a presentence
5  report conference. Sentencing is scheduled for a week
6  from today in New Hampshire.
7  Counsel, if you would enter your appearance. For
8  the Government.
9  MS. OLLILA: My name is Terry Ollila. I'm an
10 Assistant US Attorney in the District of New Hampshire.
11 THE COURT: Spell your last name again?
12 MS. OLLILA: O-l-l-i-l-a. I'm here on behalf
13 of the United States. I'm covering for AUSA Robert
14 Kinsella and Arnold Huftalen.
15 MR. BOWNES: David Bownes. I'm here
16 representing Cirino Gonzalez.
17 THE COURT: Mr. Bownes, you have received a
18 copy of the revised Presentence Investigation Report?
19 MR. BOWNES: I have.
20 THE COURT: And you've shared it with your
21 client?
22 MR. BOWNES: I have sent it to my client.
23 THE COURT: Have you discussed it with your
24 client?
25 MR. BOWNES: I have not.

## Page 3

1  THE COURT: I see your client has shared it
2  with the rest of his world through his website.
3  MR. BOWNES: I don't know that and I can't --
4  THE COURT: Let me show it to you. That's on
5  his Myspace site.
6  MR. BOWNES: Well, then I guess he did.
7  THE COURT: Alright. You have also filed a
8  motion to withdraw; is that correct?
9  MR. BOWNES: That's correct.
10 THE COURT: Alright, and that hearing is
11 scheduled for next --
12 THE CLERK: The 23rd at 11:00. Tuesday at
13 11:00.
14 THE COURT: Your client will be here for that?
15 MR. BOWNES: I assume he will be transported.
16 On behalf of my client, he would object to any
17 proceedings occurring outside of New Hampshire.
18 THE COURT: I appreciate that.
19 MR. BOWNES: I'm going to file that objection
20 on his behalf.
21 THE COURT: You can say it right now.
22 MR. BOWNES: It's a simple objection and that
23 is that he objects to any substantive proceedings
24 occurring outside of the District of New Hampshire.
25 THE COURT: Give me the basis for your

## Page 4

1  objection, either statutory or Constitutional.
2  MR. BOWNES: I simply am -- I'm still counsel
3  of record.
4  THE COURT: I don't have any problem with your
5  objecting. To the extent that it would assist the
6  Court in making a proper ruling, all I'm doing is
7  asking you for the basis of your objection.
8  MR. BOWNES: I don't have a basis.
9  THE COURT: Alright, very good. That
10 objection is overruled. I'm going to permit you to
11 raise the basis for your motion to withdraw. Your
12 motion was pretty sketchy.
13 MR. BOWNES: It is.
14 THE COURT: And to the extent that you want to
15 amplify that next week, of course you should do that
16 because I don't know anything right now, other than
17 what I've read in your client's Myspace site which, in
18 fact, discusses to some degree why there are problems.
19 MR. BOWNES: I haven't --
20 THE COURT: And he gives and he receives
21 advice on the issue from multiple individuals. So
22 your --
23 MR. BOWNES: This is Myspace?
24 THE COURT: I'll have a copy of this made for
25 you.

## Page 5

1  MR. BOWNES: Thank you.
2  THE COURT: Government must have a copy.
3  MS. OLLILA: We do, yes.
4  THE COURT: Alright. I want to give counsel
5  notice that I am engaged in a variant sentence that
6  exceeds the guideline sentence based on danger to the
7  public, based on the need for deterrence, based on the
8  need for just punishment, and maybe some additional
9  factors. I just want counsel to be aware of that
10 issue.
11 I also want counsel to be aware that I may engage
12 in an enhancement under the guideline computations for
13 obstruction because of perjury during his testimony.
14 To the extent counsel need amplification, let me know.
15 Now, Mr. Bownes, with regard to the Government
16 being present during your hearing on withdrawal, do you
17 have objection? I just need to know whether the
18 Government -- you'll be discussing information that
19 should be kept from the Government.
20 MR. BOWNES: If it were me, I would object,
21 but as you recall, we had a hearing on his request to
22 discharge me back when the plea didn't go through
23 occurred.
24 THE COURT: Just prior to the trial.
25 MR. BOWNES: That was prior to the trial. I

Page 6

1  believe it was on June 19th and at that time, you made
2  the inquiry of Mr. Gonzalez whether he objected to the
3  US Attorney's Office being there, and he indicated at
4  that time that he did not and the US Attorneys remained
5  in the hearing.
6      THE COURT: Taking all of that into account, a
7  representative from the US Attorney's Office should be
8  present for the motion hearing. They may or may not be
9  present in the courtroom during the course of the
10 proceedings.
11     MS. OLLILA: We will, Your Honor.
12     THE COURT: Very good. I notice, Mr. Bownes,
13 that you filed a notice of objection to the Presentence
14 Investigation Report. The report lists, I believe, ten
15 separate objections filed by the defense.
16     MR. BOWNES: That's correct.
17     THE COURT: Did you discuss these objections
18 with your client?
19     MR. BOWNES: Yes.
20     THE COURT: Will you be proceeding on all of
21 these objections at sentencing if you are still counsel
22 of record?
23     MR. BOWNES: At this time, I would proceed on
24 all of those objections.
25     THE COURT: Do you plan to have any witnesses?

Page 7

1      MR. BOWNES: The answer is I don't know.
2  Depends on what happens on --
3      THE COURT: Let's assume you're still in.
4      MR. BOWNES: Let's assume I'm still in. I
5  don't anticipate having witnesses. I do have a number
6  of letters of reference that I've forwarded on today,
7  since I just don't know what's going to happen, so I
8  forwarded those on to the probation department today.
9  I have Mr. Russo --
10     THE COURT: As soon as those are -- I would
11 like copies of them forthwith so that I can review them
12 prior to sentencing.
13     PROBATION OFFICER: Yes, sir.
14     THE COURT: Government have any witnesses that
15 you are going to present?
16     MS. OLLILA: No, we don't, Your Honor, and in
17 fact, there were two objections to the PSR. One of
18 those objections included a managerial role, that
19 probation did not include a managerial role. I know
20 that AUSA Huftalen as late as yesterday was attempting
21 to get a witness.
22     Based upon AUSA Huftalen's representation to me,
23 the United States, at the time of sentencing, is going
24 to withdraw that objection. So we are not seeking a
25 managerial role.

Page 8

1      THE COURT: So you only have one objection?
2      MS. OLLILA: That's correct.
3      THE COURT: That's just a legal objection?
4      MS. OLLILA: Correct.
5      THE COURT: So you will have no witnesses?
6      MS. OLLILA: Correct, Your Honor.
7      THE COURT: So it appears that we will be able
8  to complete sentencing next Friday.
9      MR. BOWNES: I am prepared to do that. I will
10 just let the Court know what I'm going to do. I'm
11 going to meet with Cirino prior to Tuesday, whenever
12 that occurs. After I meet with him, if he tells me
13 that there is some witness that he thinks he needs to
14 call, I will give everybody notice of that.
15     THE COURT: Mr. Bownes, I would appreciate
16 your filing, if you wish under seal, no later than
17 Monday at 5:00 PM an amplification of your reasons for
18 withdrawal so that I can have an opportunity to -- and
19 you obviously will not copy the Government unless you
20 want to -- so I have an opportunity to research the
21 legal adequacy or the issues involving that issue.
22     MR. BOWNES: If you want me to talk to you in
23 camera or ex-parte at this point --
24     THE COURT: I would prefer that you file it in
25 writing.

Page 9

1      MR. BOWNES: Okay. I will have to physically
2  file that with the US District Court.
3      THE COURT: That's alright. They will send it
4  down to me. Okay, 5:00 PM Monday.
5      MR. BOWNES: Cross my fingers, Judge, I'm
6  picking a jury in Carol County on Monday.
7      THE COURT: I understand the difficulties.
8      MR. BOWNES: I'm very sensitive to all the
9  time spent in his case.
10     THE COURT: Be aware of it. I'm going to be
11 standing here waiting at 5:00 PM for the court to send
12 it up to me. Don't make me wait for nothing.
13     MR. BOWNES: Maybe I can make arrangements
14 with Joyce, if the time becomes an issue, to fax it
15 down to the federal court.
16     THE COURT: That's fine as far as I'm
17 concerned, as long as they receive it. That's fine.
18 You can mail it.
19     THE CLERK: You can e-mail it to us.
20     MR. BOWNES: I can e-mail it to Joyce.
21     THE COURT: You can talk to my clerk and meet
22 them and work it out. They are very accommodating. If
23 I have something in my hand by 5:00, I'm going to be
24 satisfied.
25     MR. BOWNES: May I make a correction?

10

1  THE COURT: Of course.
2  MR. BOWNES: A typographical -- well, it's not
3  a typo, it's a misquote. The last paragraph of my
4  response to the initial presentence report.
5  THE COURT: You mean in your letter?
6  MR. BOWNES: Yes. September 12th, 2008.
7  THE COURT: So this would be on page what?
8  MR. BOWNES: This is on page six of the
9  letter.
10  THE COURT: Yes.
11  MR. BOWNES: Requesting -- it says the
12  guideline range, should you not adopt Mr. Gonzalez's
13  calculations. What I think -- well, I don't think, I
14  know we would be seeking a sentence outside the
15  guideline range.
16  THE COURT: You're going to ask for a variant
17  sentence below the guideline?
18  MR. BOWNES: Yes.
19  THE COURT: You are certainly free to do that.
20  When are you going to file your sentencing memo?
21  MR. BOWNES: I hope to get that filed by
22  Monday also.
23  THE COURT: Government plan to file a memo?
24  MS. OLLILA: We do, Your Honor. I know that
25  in our objections to the probation department, we

11

1  indicated we would also seek a Booker variant, upward
2  variant sentence under the factors of 3553(a). Mr.
3  Huftalen indicated he would do so in writing.
4  THE COURT: When?
5  MS. OLLILA: Whenever Your Honor would like us
6  to.
7  THE COURT: 5:00 o'clock on Monday.
8  MS. OLLILA: Okay.
9  MR. BOWNES: I'm a lot more confident about
10  that.
11  THE COURT: Well, you know, this sentencing
12  has been scheduled for a significant length of time.
13  MR. BOWNES: That's true.
14  THE COURT: There is no need to wait for the
15  last second to start working on what's obviously going
16  to be necessary, including sentencing memos or anything
17  like that.
18  Alright, what other issues do we need to discuss
19  to help prepare all of us so there are no surprises as
20  we move toward sentencing. Anything for the
21  Government?
22  MS. OLLILA: Nothing from the Government, Your
23  Honor.
24  THE COURT: Mr. Bownes, anything at all?
25  MR. BOWNES: I don't think so.

12

1  THE COURT: We probably will be done with
2  sentencing by -- assuming we move forward -- clearly by
3  4:00 o'clock or so on Friday. If it goes later, that's
4  fine.
5  THE CLERK: We have it set for 10:00 o'clock.
6  THE COURT: I understand. Anything else?
7  MS. OLLILA: Nothing else, Your Honor.
8  THE COURT: Mr. Bownes?
9  MR. BOWNES: Can you give me a copy?
10  THE COURT: I sure will. I'll give you one.
11  Anything else, Mr. Bownes?
12  MR. BOWNES: No, thank you.
13  THE COURT: We are off the record.
14  (END OF PROCEEDING)
15  **C E R T I F I C A T I O N**
16  I, Dennis R. Ford, Registered Merit Reporter and
17  Official Court Reporter for the United States District
18  Court, District of Maine, certify that the foregoing is
19  a correct transcript from the record of proceedings in
20  the above-entitled matter.
21  Dated: December 31, 2008
22  _____
23  Official Court Reporter