## UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

December 30, 2009

Clerk of Court
U.S. District Court
District of Vermont
P.O. Box 945
Burlington, VT 05402

Re: Criminal No. 07-cr-189-04-GZS, USA v. Robert Wolf

The above case has been transferred to your jurisdiction pursuant to an Order transferring jurisdiction of probation.

We enclose the following items:

   Certified copy of the docket sheet.
   Certified copies of file documents: 3rd Superseding Indictment & Judgment
   Order Transferring Jurisdiction

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

Very truly yours,
James R. Starr, Clerk

**JAMES R. STARR, Clerk**

**By: /s/ Vincent L. Negron, Deputy Clerk**

Enclosures

cc:    Counsel of Record