United States District Court,
District of New Hampshire

Motion to Obtain Statement of Reasons

Re: Case No.   07-CR-189-GZS

Dear Clerk,

   Could you please provide me with the Statement of Reasons Form as required under 18 USC § 3553(c)? It would be most helpful.

   Thank you for your time and attention in this matter.

Sincerely,

Jason Gerhard

Jason Gerhard 20229-045
FCI Fairton
P.O. Box 420
Fairton, NJ 08320