United States District Court
For The District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2015 JAN -5 A 11: 42

Re: Case No  07-CR-189-02-GZS

Motion To Obtain Government Exhibit 7

Dear Clerk,

Can you please provide me with a copy of the Government's exhibit number seven that was entered into evidence on July 31, 2008 (mentioned on pages 33-34 of Sentencing Transcript)?

Thank you.

Sincerely,

Jason Gerhard 20229-045
FCI Fairton
P.O. Box 420
Fairton, NJ 08320