UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07-cr-189-02 GZS |
| | ) | |
| JASON GERHARD | ) | |
| | ) | |

**UNITED STATES' RESPONSE TO JASON GERHARD'S
MOTION FOR STATUS UDATE CONCERNING MOTION TO OBTAIN
GOVERNMENT EXHIBIT 7 (Docket #702)**

Jason Gerhard, filed a *pro se* letter docketed as a Motion (docket #698) requesting a copy of "Government Exhibit 7."

The government determined that the exhibit sought is Government Exhibit #7 from Mr. Gerhard's sentencing hearing, not from the trial, but was not initially able to locate the exhibit.

Mr. Gerhard recently followed up by filing a *pro se* Motion for Status Update concerning Motion to Obtain Government Exhibit 7 (docket #702).

The government has located a copy of the exhibit and it has been forwarded to Mr. Gerhard, via US Mail, at the address listed on his most recent *pro se* filing, Jason Gerhard 20229-045, FCI Fairton, P.O. Box 420, Fairton, NJ 08820.

A copy of Government Exhibit #7 is attached to this pleading for the Court's reference. WHEREFORE the government submits the matter of Mr. Gerhard's Motion is moot and that no further action by the Court, or by the government, is required.

1

September 2, 2015

                                Respectfully submitted,
                                Donald Feith
                                Acting United States Attorney

`

                       By:  /s/ Arnold H. Huftalen
                                Arnold H. Huftalen
                                Assistant U.S. Attorney
                                NH Bar #1215
                                53 Pleasant Street
                                Concord, NH 03301
                                603-225-1552

## CERTIFICATION OF SERVICE

     I certify that a copy of this Pleading is being served upon the defendant, via US Mail, and that a copy is being served upon counsel of record via ECF filing notice this date, September 2 2015.

                                /s/ Arnold H. Huftalen
                                Arnold H. Huftalen
                                Assistant U.S. Attorney