GOVERNMENT
EXHIBIT
7   <u>  </u>
Cr. 07-189-GZS

# Did McVeigh do it?

New Timothy McVeigh Video Surfaces

By Jason Gerhard

A new video, available online, depicts Timothy McVeigh at Camp Grafton in North Dakota more than a year after when the FBI stated he was discharged for the last time from the military.  This new evidence has prompted calls for a new independent investigation by people unsure about the credibility of the official story.

Bill Bean, a film producer, shot the video on August 3, 1993 while visiting the base.  Bean had been given permission by Camp Superintendent Col. Dahl to record video from any locations he wanted to as part of an effort to scout out potential locations for a film he was working on.  Some locations he filmed included the mess hall, rec room, and the armory.  At one point he witnesses an armored personnel carrier being off loaded and decides to take a closer look.  While filming the interior of the vehicle Timothy McVeigh dressed in camouflage is seen attempting to exit through the rear of the APV.  McVeigh says a few words to Bean while passing by in response to a question and then proceeds to leave the area.

McVeigh was honorably discharged from the military for the last time in May 2002.  Obviously there is a problem with the official time line provided by the FBI.  How can someone be discharged yet still be on a military base working on armored personnel carriers.  Also of importance is the fact that the North Dakota National Guard denied McVeigh was ever at Camp Grafton but confirmed that demolitions training is part of the regimen at the facility.

In order to confirm that the person seen on the tape is in fact McVeigh, Bean brought the tape to Professor Blomgren of the University of Utah.  Upon undergoing a voice forensics analysis where the video sample was compared to a 60 Minutes interview with McVeigh an 86% match was produced for voice characteristics heard in the video Bean had taken.

By itself this video may not seem to be of much importance but in the larger scheme of the Oklahoma City bombing it is yet another massive hole in the official story. Some other questions which have yet to be answered are:

- Early in April 1995 photos taken from an airplane depict a Ryder truck that was identical to the truck used in the bombing at a clandestine base at Camp Gruber-Braggs, Oklahoma.  Important to remember is that the bombing took place on April 19, 1995.  In an article written by the Washington Post on June 17, 1997, the Oklahoma National Guard authenticates the photos of being at Camp Gruber-Braggs.

- Why were no Federal Bureau Investigation or Bureau of Alcohol Tobacco and Firearms agents at work on a Monday morning at 9:00am? The only people in the FBI and BATF offices were civilian clerical workers, not one badge carrying agent was in their office that day.

- Why did McVeigh, after supposedly scouting out the building with star witness and FBI informant Michael Fortier several weeks in advance looking for the BATF offices, park the truck the furthest away from these offices when there was an opportunity to park in a lot almost right below the BATF offices?

There are many other questions posed by many different people as well as groups who are looking for answers.  In light of the attacks on the World Trade Centers these questions seem even more important.  Why has the government been so reluctant to answer the people' s questions especially when the impact of such events is so far reaching?  And more importantly why does the government insist on removing all evidence as soon as possible and destroying it such as they did in the Oklahoma City bombing and the World Trade Center attacks?